IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

        **vs.**     **CASE NO. 3: 99CR00206-01 (JAF)**

**ROBINSON QUIÑONES-HERNANDEZ**
* * * * * * * * * * * * * * * * *

**MOTION NOTIFYING SUPERVISED RELEASE VIOLATIONS
REQUEST FOR THE ISSUANCE OF A SUMMONS AND THE TOLLING OF THE
SUPERVISED RELEASE TERM**

**TO THE HONORABLE JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

     **COMES NOW, Benjamín Bonilla, United States Probation Officer** of this Court, respectfully presenting an official report on the conduct and attitude of the offender Robinson Quiñones-Hernández, who on January 18, 2000, was sentenced by Your Honor to forty-one (41) months of imprisonment after he pled guilty of violating Title 21, U.S. Code, § 841(a)(1) and Title 18, U.S. Code, § 2.  A four (4) year supervised release term and a special monetary assessment in the amount of $100.00 were also imposed.  On August 30, 2002, Mr. Quiñones-Hernández was released from custody at which time he commenced his supervised release term.

     On July 16, 2003, a motion was filed by United States Probation Officer Yarixa Vázquez, notifying a violation of his supervised release and requesting a written reprimand.  On July 21, 2003, an order was issued by Your Honor, reprimanding Mr. Quiñones for his behavior and advising him that any further violation would be the object of a revocation hearing.

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

     Since his release from custody, the offender has violated the following conditions of his supervised release term:

     **1. STANDARD CONDITION NO. 3- "THE DEFENDANT SHALL ANSWER TRUTHFULLY**

**ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."**

**2. SPECIAL CONDITION NO. 2- "THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER ACCESS TO ANY FINANCIAL INFORMATION UPON REQUEST, AND SHALL PRODUCE EVIDENCE TO THE PROBATION OFFICER TO THE EFFECT THAT INCOME TAX RETURNS HAVE BEEN DULY FILED WITH THE COMMONWEALTH OF PUERTO RICO DEPARTMENT OF TREASURY AS REQUIRED BY LAW."**

On April 21, 2005, Mr. Quiñones provided copies of tax return forms, allegedly filed by him for the contributive years of 2003 and 2004. On August 10, 2006, an official certification was received from the Commonwealth of Puerto Rico Department of Treasury, indicating that Mr. Quiñones had not file any type of tax return forms for the years previously mentioned, and as required by law.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. In light of the aforementioned violation, it is respectfully requested that Mr. Quiñones-Hernández supervision term be tolled and a summons be issued for him to show cause why his supervised release term should not be revoked. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 24th day of August 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 24, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I Torres, Assistant U.S. Attorney and to Juan Acevedo-Cruz, Esq.

In San Juan, Puerto Rico, this 24th day of August 2006.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov