IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs     CASE NO. 3: 99CR00206-01 (JAF)

ROBINSON QUIÑONES-HERNANDEZ

* * * * * * * * * * * * * * * * * * *

## ORDER TO SHOW CAUSE

Upon petition of Benjamín Bonilla U.S. Probation Officer of this Honorable Court, alleging that releasee, Robinson Quiñones-Hernández, has failed to comply with his conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _____, 2006 at _____ to show cause, if there be any reason why his supervised release term should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing; releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall toll the Supervised Release Term and issue the corresponding summons, and notify defense counsel and counsel for the government with copy of this Order.

**IT IS ORDERED.**

In San Juan, P.R. this _____ day of _____ 2006.

**Jose A. Fuste, Chief**
**U.S. District Judge**