OAO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___FOR THE___   DISTRICT OF   ___PUERTO RICO___

The United States of America

vs.

Robinson Quiñonez - Hernandez

**APPEARANCE**

Case Number: 3:99 cr 00206-01 (JAF)



To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

September 18th / 2006
Date

Signature

Francisco Acevedo Padilla
Print Name / Bar Number

Suite 603, Edf Asoc. Maestros
Address

Ave. Ponce de Leon #452, San Juan, P.R. 00918
City State Zip Code

(787) 764-7253  /  Fax (787) 764-9749
(cel) (787) 249-2376