# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| **MINUTES OF PROCEEDINGS:** | Time: 5 minutes |
| HONORABLE CHIEF MAGISTRATE JUDGE JUSTO ARENAS | DATE: SEPTEMBER 18, 2006 |
| COURTROOM DEPUTY: JYOTI MEHTA-LÓPEZ | CR. NO. 99-0206 (JAF) |
| COURT REPORTER: FTR | |
| INT: FELIX TOLEDO | |

==================================================================
<u>Attorneys:</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA JENIFER HERNÁNDEZ |
| v. | |
| 1- ROBINSON QUIÑONES-HERNÁNDEZ | FRANCISCO ACEVEDO-PADILLA |

==================================================================

**CASE CALLED FOR PRELIMINARY HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE.**

Attorney Francisco Acevedo-Padilla made an appearance on behalf of defendant. AFPD Víctor González-Bothwell was also present in court. His request to withdraw as counsel was granted.

Defense counsel stated that at this time they will not contest the allegations as so informed in the Probation Officer's motion.

The Court found probable cause to have the supervised release term revoked. The case is referred to Chief Judge José A. Fusté for final revocation hearing.

Defendant is to remain under custody.

S/ Jyoti Mehta-López
Courtroom Deputy Clerk