IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br><br>                    v.<br><br>**ROBINSON QUIÑONEZ**<br>    **Defendant** | Criminal No. 00-206-01(JAF) |

### MOTION REQUESTING LEAVE TO WITHDRAW
### AS A LEGAL COUNSEL

HON. JOSE A. FUSTE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COMES NOW Mr. Robinson Quiñonez, represented by the Federal Public Defender for the District of Puerto Rico and respectfully states and prays:

1. The above captioned client was referred to the Federal Public Defender's Office on September 15, 2006.

2. On September 18, 2006, Francisco Acevedo-Padilla, Esq. filed a "Notice of Appearance of Counsel" on behalf of Mr. Robinson Quiñonez informing that he has been retained as attorney in the case.

WHEREFORE, it is respectfully requested of this Honorable Court that the Federal Public Defender be granted leave to withdraw from Mr. Robinson Quiñonez' legal representation.

Criminal No. 00-206-01(PG)                                                                                                               2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, October 17, 2006.

JOSEPH C. LAWS, JR.
FEDERAL PUBLIC DEFENDER
DISTRICT OF PUERTO RICO

**S/VICTOR GONZÁLEZ-BOTHWELL**
Assistant Federal Public Defender
USDC - PR 219707
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Tel.  (787) 281-4922

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Jenifer Hernández-Vega.

In San Juan, Puerto Rico, this 17th day of October, 2006.

**S/VICTOR GONZÁLEZ-BOTHWELL**
Assistant Federal Public Defender
USCOA 219707
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No.  (787) 281-4922
Fax No. (787) 281-4899