IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**THE UNITED STATES OF AMERICA**

       **vs.**　　　　　　　　　　　　　**CASE NO. 3: 99CR00206-01 (JAF)**

**ROBINSON QUIÑONES-HERNANDEZ**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO MOTION FILED ON AUGUST 24, 2006.**

**TO THE HONORABLE JOSE A. FUSTE, CHIEF**
**UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, BENJAMIN BONILLA, U.S. PROBATION OFFICER** of this Court, and respectfully informs and prays as follows:

In addition to the violations informed in the motion filed on August 24, 2006, Mr.Quiñones-Hernandez has also violated the following conditions.

**1. STANDARD CONDITION OF SUPERVISION - "WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.  THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROL SUBSTANCE."**

On September 14, 2006, the  Mr. Quiñones-Hernandez by Agents of the Puerto Rico Police Department, Arecibo Special Operations Division.  He was charged with possession with intent to distribute 402 small bags containing cocaine and a bigger bag also containing the referenced substance.   Three thousand and one hundred dollars were seized at the scene.  Probable cause for arrest was found against Mr. Quiñones-Hernandez on October 8, 2006.  A preliminary hearing has been set for December 4, 2006.

Mr. Quiñones-Hernandez' term of supervision had been tolled by Your Honor on August 28, 2006.

**WHEREFORE**, I declare under penalty of perjury that the forgoing is true and correct. In view of the aforementioned, it is respectfully requested that the Court note the above-mentioned violation and make it part of the motion filed on August 24, 2006.

In San Juan, Puerto Rico, this 31st day of October 2006.

        Respectfully submitted,

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

        s/Benjamin Bonilla
        Benjamin Bonilla
        U.S. Probation Officer
        Federal Office Building, Office 400
        San Juan, PR 00918
        Tel: 787-281-4982
        Fax: 787-766-5945
        Benjamin_Bonilla@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 31, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres, Assistant U.S. Attorney and Anita Hill, Esq.

In San Juan, Puerto Rico, this 31st day of October 2006.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-281-4982
Fax: 787-766-5945
Benjamin_Bonilla@prp.uscourts.gov