IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CR. NO. 99cr206(JAF) |
| | * | |
| Plaintiff | * | |
| | * | |
| v | * | |
| | * | |
| **ROBINSON QUINONES HERNANDEZ** | * | |
| | * | |
| Defendant | * | |

**MOTION REQUESTING HEARING**

**TO THE HONORABLE COURT**

**COMES NOW** the undersigned attorney who very respectfully states and prays as follows:

On November 3, 2006 a Show Cause hearing on Supervised Release was held before this Honorable Court. Arguments were heard by the parties. The court held in abeyance the issues presented by the undersigned attorney and held that it would issue its Order by November 8, 2006. The undersigned attorney respectfully requests that this Honorable Court schedule a hearing at its earliest convenience in order to determine the status of the arguments presented.

**WHEREFORE**, it is respectfully requested that this Honorable Court schedule a hearing at its earliest convenience in order to determine the status of the arguments presented.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on this 29th day of November, 2006.

        S/**ANITA HILL ADAMES, ESQ**
**Anita Hill Adames**
**Law Office of Anita Hill**
**USDC 209007**
**PO BOX 16042**
**SAN JUAN, PUERTO RICO 00908-6042**
**Tel. 787-531-8888/724-2470**
**Fax.787-724-2480**
anitahill@prtc.net

**CERTIFICATE OF SERVICE**

I hereby certify that an exact copy of this Motion has filed via the ECF/CCM filing system which will notify all counsel of record.

        **S/Anita Hill Adames, Esq.**