UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA　　\*
　　　　　　　　　　　　　　　\*
Vs.　　　　　　　　　　　　　\*　　99-CR-0206-001 (JAF)
　　　　　　　　　　　　　　　\*
QUIÑONES-HERNANDEZ, Robinson　\*
　　　　　　　　　　　　　　　\*
-------------------------------\*

ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this December 11, 2006.

　　　　　　　　　　　　　　　　　　　　FRANCES RIOS DE MORAN
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　By: Janis Palma
　　　　　　　　　　　　　　　　　　　　Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____