UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

VS.

ROBINSON QUIÑONES-HERNANDEZ

*WARRANT FOR ARREST*

CASE NUMBER: CR. 99-206 (JAF)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **ROBINSON QUINONES-HERNANDEZ**
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment         [ ] Information        [ ] Complaint

[ ] Order of court     [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                           OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | CHIEF, U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/ REBECCA AGOSTINI-VIANA | 08/31/2006, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL------------   By _____
                                                  Name of Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED  9/13/06 | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  9/18/06 | EXECUTED FOR USMS BY JESUS J GONZALEZ | |