Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
TRIBUNAL DE PRIMERA INSTANCIA
Sala Superior de ___Arecibo___

**EL PUEBLO DE PUERTO RICO**
vs.

Nombre <u>ROBINSON QUIÑONEZ HERNÁNDEZ</u>

Núm.de Querella __06-20093646__
Fecha de nacimiento _____31-enero-1971_____
Lugar de nacimiento___San Juan, PR_____
Sexo ___Masculino_____
Seguro Social___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_____
Dirección _Calle Lucila Silva #7, La Perla,_____
_San Juan, PR_____
Núm. de licencia de conducir ___no consta_____
Señas _____no consta_____

CRIMINAL NUM. ___CSC2007-G-0632___

Por: ___INFR. ART. 401 S.C.___
**Delito**

## S E N T E N C I A

En _____Arecibo_____, Puerto Rico, hoy día _24 de octubre de 2007_ ante este Tribunal compareció el acusado **ROBINSON QUIÑONEZ HERNÁNDEZ** asistido _por el Lcdo. César E. Cerezo Torres_ y el Pueblo de Puerto Rico representado por el fiscal, Hon. Alberto Miranda Schmidt y después de leída la acusación alegó ser <u>no culpable</u> . Vista la prueba el Tribunal declara a dicho acusado no culpable del delito de __INFR. ART. 401 S.C.__ y le absuelve, decretando la cancelación y la devolución de la fianza si alguna hubiere sido prestada en este caso.

MARILUZ DÍAZ RODRÍGUEZ
Secretaria Regional

MABEL RUIZ SOTO
Juez Superior

25 OCT. 2007

POR:_____
Secretaria Auxiliar

OAT - 810 (Rev. mayo/1990)
Sentencia Absolutoria
Regla 164 Procedimiento Criminal

CERTIFICACIÓN

CERTIFICO que la presente es copia fiel y exacta del original que obra en autos y expido la presente...

Mariluz Díaz Rodríguez
Secretaria Regional

Por_____
Sub-secretaria

3 AGO. 2008

Formulario
Form 499R-2/W-2PR
Rev. 6.0

090700

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY

COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

| DEPARTMENT OF THE TREASURY INFORMATION | SOCIAL SECURITY INFORMATION |

| 1. Nombre - First Name | | |
|---|---|---|
| ROBINSON | | |

| 3. Núm. Seguro Social / Social Security No. | 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 |

| 7. Sueldos - Wages | 6,600.00 |

| 17. Total Sueldos Seguro Social / Social Security Wages | 6,600.00 |

Apellido(s)-Surname(s)

QUINONEZ HERNANDEZ

| 4. Núm. de Ident. Patronal / Employer Ident. No. (EIN) | 66-0598274 |

| 8. Comisiones - Commissions | 0.00 |

| 18. Seguro Social Retenido / Social Security Tax Withheld | 409.20 |

Dirección Postal del Empleado - Employee's Mailing Address

----------------------

MANATI        PR        00674

| 9. Concesiones - Allowances | 0.00 |

| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | Día / Day ___ | Mes / Month ___ | Año / Year ___ |

| 10. Propinas - Tips | 0.00 |

| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 6,600.00 |

| 2. Nombre y Dirección Postal del Patrono / Employer's Name and Mailing Address |
ALEDES INC
RR-4 BOX 3452

BAYAMON        PR        00956

| 6. Costo de Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |

| 11. Total = 7 + 8 + 9 + 10 | 6,600.00 |

| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 95.70 |

| 12. Gastos Reembolsados / Reimbursed Expenses | 0.00 |

Número de Teléfono del Patrono
Employer's Telephone Number        787-858-0556

Copia C para Récords
del Empleado
Copy C for Employee's
Records

| 13. Cont. Retenida - Tax Withheld | 409.20 |

| 21. Propinas Seguro Social / Social Security Tips | 0.00 |

Fecha Cese de Operaciones: Día / Cease of Operations Date: Day ___ Mes / Month ___ Año / Year ___

| 14. Fondo de Retiro - Retirement Fund | 0.00 |

| 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips | 0.00 |

Número Control - Control Number

A12195523

Año:
Year:    2007

| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 0.00 |

| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | 0.00 |

| 16. Salarios bajo Ley Núm. 324 de 2004 / Salaries under Act No. 324 of 2004 | 0.00 |

Instrucciones al dorso Copia B - Instructions on back of Copy B

Ennegrezca Completamente los Ovalos.  Ejemplo ⬤

◯ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

Formulario 481    Rev. 10.07

## FORMA CORTA

| Liquidador | R | G | V1 | V2 | P1 | P2 |
|---|---|---|---|---|---|---|
| Revisor | N | D1 | D2 | E | A | M |

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**

AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL

_____ de _____ y terminado el _____ de _____ de _____

Número de Serie

◯ PLANILLA ENMENDADA
◯ FALLECIDO DURANTE EL AÑO: ___/___/___
                            Día  Mes  Año

Sello de Pago

**Número de Seguro Social del Contribuyente**
`1 5 9 5 8 6 1 0 4`

**Número de Seguro Social Cónyuge**
`5 8 1 6 5 8 8 2 4`

Sexo: ⬤M  ◯F

Nombre del Contribuyente   Inicial   Apellido Paterno   Apellido Materno
*Robinson Quiñonez Hernandez*

Fecha de Nacimiento Contribuyente
[    ]  [    ]  [    ]
Dia    Mes    Año

Dirección Postal
*HC 01 BOX 23615*
*Vega baja PR*   Código Postal `00693`

"Coloque la etiqueta engomada (Label) aquí".

Fecha de Nacimiento Cónyuge
`1 1` / `1 0` / `1 9 7 7`
Dia    Mes    Año

Cambio de Dirección: ⬤Sí  ◯No

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno
*Grisselle Cotto Burgos*

Planilla 2008: ⬤ Español  ◯ Inglés

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Teléfono Residencia
[ ][ ][ ][ ] [ ][ ][ ][ ]

Número de Recibo: _____
Importe: _____

Teléfono del Trabajo
[ ][ ][ ][ ] [ ][ ][ ][ ]

Código Postal

Correo Electrónico (E-Mail)

### Encasillado 1

|  | SI | NO |  |
|---|---|---|---|
| a. | ⬤ | ◯ | ¿Ciudadano de Estados Unidos? |
| b. | ⬤ | ◯ | ¿Residente de Puerto Rico al finalizar el año? |
| c. | ◯ | ⬤ | ¿Ingresos exentos de Lotería de Puerto Rico? |
| d. | ◯ | ⬤ | ¿Ingresos de premios de jugadas en Hipódromo? |
| e. | ◯ | ⬤ | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| f. | ◯ | ⬤ | ¿Obligación de hacer pagos a ASUME? |

**FUENTE DE MAYOR INGRESO:**

g. ◯ Empleado del Gobierno, Municipios o Corporaciones Públicas
h. ◯ Empleado del Gobierno Federal
i. ⬤ Empleado de Empresa Privada
j. ◯ Retirado/Pensionado

**OCUPACION (Anote el Código):**
Contribuyente
[ ][ ][ ][ ]
Cónyuge
[ ][ ][ ][ ]

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

1. ⬤ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ◯ Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. ◯ Jefe de familia (No para casados)
4. ◯ Soltero

[Sello de Recibido]
Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
109-Colecturia Vega Baja
08-1283
RECIBIDO
APR 15 2008
SIN PAGO
SECRETARIO DE HACIENDA

### Encasillado 2

1. **Sueldos, Comisiones, Concesiones y Propinas**
   **SUMINISTRE LOS COMPROBANTES DE RETENCION**
   (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). **(00)**

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| | 409 | 00 | 00 | 6600 | 00 | 00 |
| | | 00 | 00 | | 00 | 00 |
| | | 00 | 00 | | 00 | 00 |
| | | 00 | 00 | | 00 | 00 |

Total de comprobantes con esta planilla ........ **(01)**  `1`
A-Contribución Retenida: `409` 00 00
B-Sueldos, Comisiones, Concesiones y Propinas: `6600` 00 00

2. **Salarios del Gobierno Federal** (Véanse instrucciones) ......... (01)
   A-Contribución Retenida: [ ] 00 00    (02)    B-Salarios Federales: [ ] 00 00

3. **Ingresos de Anualidades y Pensiones** (Anejo H Individuo, Parte II, línea 12) ........ (03)    [ ] 00 00

4. **Ingreso Bruto Ajustado** (Suma de las líneas 1B, 2B y 3) ........ (10)    `6600` 00 00

Período de Conservación: Diez (10) años

Formulario 481, Rev. 10.07 - Página 2

Nombre del contribuyente **Robinson Quiñonez**    Número de Seguro Social del Contribuyente **1 5 9 5 8 6 1 0 4**

## Encasillado 3

**4. Ingreso Bruto Ajustado** (De la línea 4, página 1)............................................... (02) (01) | 6 6 0 0 | 0 0 |

**5. DEDUCCION FIJA Y EXENCION PERSONAL:** Si marcó en el Encasillado 1 el bloque 1 anote $6,150, el bloque 2 anote $3,400, el bloque 3 anote $5,730, el bloque 4 anote $3,400.......................... (02) | 6 1 5 0 | 0 0 |

**6. DEDUCCIONES ADICIONALES**

A. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Número Identificación Patronal | Aportación | Institución financiera | Número de la cuenta |
|---|---|---|---|
| (03) [          ] | (06) [     ] 0 0 | _____ | _____ |
| (04) [          ] | (07) [     ] 0 0 | _____ | _____ |
| (05) [          ] | (08) [     ] 0 0 | _____ | _____ |

Total aportaciones a cuentas de retiro individual (Sume todos los importes reflejados en la línea 6A)..................................................... (09) | | 0 0 |

B. Aportaciones a sistemas gubernamentales de pensiones o retiro ................... (10) | | 0 0 |

C. Casados cuando ambos trabajan (Véanse instrucciones) ............................ (11) | | 0 0 |

D. Veteranos (Véanse instrucciones) ................................................... (12) | | 0 0 |

E. Gastos ordinarios y necesarios (Anejo I Individuo, Parte I, línea 8) .............. (13) | | 0 0 |

F. Intereses de préstamo de automóvil: (No exceder de $1,200)

Inst. Financiera _____    Núm. Préstamo _____

Núm. Ident. Patronal (14) [          ] (15) | | 0 0 |

G. Jóvenes que trabajan (Véanse instrucciones) ...................................... (16) | | 0 0 |

H. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10))(Véanse instrucciones). (17) | | 0 0 |

I. Adquisición e instalación de computadora personal para uso de dependientes (Ver inst.) .. (18) | | 0 0 |

J. Total Deducciones Adicionales (Sume líneas 6A a la 6 I) ...............................(19) | | 0 0 |

**7.** Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) (20) | | 0 0 |

**8. EXENCION POR DEPENDIENTES** (Complete el Anejo A1 Individuo, véanse instrucciones)

TOTAL

A) No universitarios: **Categoría (N)** ................ (21) | 2 | x $1,600 ......... (24) | 3 2 0 0 | 0 0 |

B) Universitarios: **Categoría (U)** ................... (22) | | x $1,600 ......... (25) | | 0 0 |

C) Incapacitados, ciegos o de 65 años o más: **Categoría (I)** (23) | | x $1,600 ......... (26) | | 0 0 |

D) **Total de Exención por Dependientes** (Sume líneas 8A a la 8C)................................(27) | 3 2 0 0 | 0 0 |

**9. Total Deducciones y Exenciones** (Sume líneas 5, 6J, 7 y 8D) .........................(28) | 9 3 5 0 | 0 0 |

**10. INGRESO NETO SUJETO A CONTRIBUCION** (Línea 4 menos línea 9. Si la línea 9 es mayor que la línea 4, anote cero) ... (29) | 0 0 | 0 0 |

Periodo de Conservación: Diez (10) años

**Anejo A1 Individuo**
Rev. 10.07

**2007**

# DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA

Año contributivo comenzado el _____ de _____ de _____ y terminado el _____ de _____ de _____

Nombre del contribuyente  Robinson Quñoner Hernandez

Número de Seguro Social  159 58 6104

## Parte I: Información Dependientes (Véanse instrucciones)  55

### INFORMACION IMPORTANTE PARTE I

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre de la esposa en el encasillado de jefatura (línea 01).

☞ Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

| Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría * (N) (U) (I) | Fecha de Nacimiento Día Mes Año | Número de Seguro Social |
|---|---|---|---|---|---|---|
| **Jefatura** (01) NO CONTRIBUYENTE / NO CONYUGE | | | | | | |
| (02) Genesis Trinidad Cotto | | | Ahijada | N | 29 04 1997 | 597 54 7009 |
| (03) Josean L. Plaza Cotto | | | Ahijado | N | 23 06 2000 | 597 64 2971 |
| (04) | | | | | | |
| (05) | | | | | | |
| (06) | | | | | | |
| (07) | | | | | | |
| (08) | | | | | | |
| (09) | | | | | | |
| (10) | | | | | | |

* Véanse instrucciones.

## Parte II: Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones)  57

### INFORMACION IMPORTANTE PARTE II

☞ Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| Nombre, Inicial | Apellido Paterno | Apellido Materno | Fecha de Nacimiento Día Mes Año | Parentesco * | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|---|
| (01) | | | | | | 0 0 |
| (02) | | | | | | 0 0 |
| (03) | | | | | | 0 0 |
| (04) | | | | | | 0 0 |
| (05) | | | | | | 0 0 |
| (10) | **Total aportaciones** (Sume líneas (01) a la (05) y traslade al Encasillado 3, línea 6H de la Forma Corta) ................ | | | | | 0 0 |

* Véanse instrucciones.

Período de Conservación: Diez (10) años

Formulario 481, Rev. 10.07 - Página 3

Nombre del contribuyente: Robinson Quiñones

Número de Seguro Social del Contribuyente: 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

## Encasillado 4

| Línea | Concepto | Casilla | Cantidad |
|---|---|---|---|
| 11. | **CONTRIBUCION DETERMINADA** (Use la cantidad de la línea 10 y la Tabla Contributiva. Véanse instrucciones) | (30) | 000 00 |
| 12. | Crédito para Contribuyentes Asalariados (Véanse instrucciones) | (31) | 00 |
| 13. | Crédito por Aportación a Fundación Educativa para la Libre Selección de Escuelas | (32) | 00 |
| 14. | Responsabilidad Contributiva (Línea 11 menos líneas 12 ó 13, la que aplique. Si es menos de cero, anote cero) | (33) | 000 00 |
| 15. | **CONTRIBUCION RETENIDA Y CREDITOS REEMBOLSABLES:** | | |
| | A) Contribución Retenida sobre Salarios (Sume las líneas 1A y 2A del Encasillado 2) | (34) | 409 00 |
| | B) Contribución Retenida sobre Anualidades y Pensiones (Anejo H Individuo, Parte II, línea 13) | (35) | 00 |
| | C) Crédito Compensatorio para Pensionados de Bajos Recursos | (36) | 00 |
| | D) Crédito por Trabajo | (37) | 99 00 |
| | E) Total Contribución Retenida y Créditos Reembolsables (Sume líneas 15A a la 15D) | (38) | 508 00 |
| 16. | **TOTAL NO PAGADO DE LA CONTRIBUCION** (Si la línea 14 es mayor que la línea 15E, anote la diferencia aquí, de lo contrario, en la línea 21) | (39) | 00 |
| 17. | **Menos:** Cantidad pagada con prórroga automática | (40) | 00 |
| 18. | **Balance Pendiente de Pago** (Si la línea 16 es mayor que la línea 17, anote la diferencia aquí, de lo contrario, en la línea 21) | (41) | 00 |
| 19. | **Menos:** Cantidad pagada (a) **Con Planilla o Electrónicamente a través de un Programa Certificado** | (42) | 00 |
| | (b) **Otras Transferencias Electrónicas.** Núm. de transacción: | (43) | 00 |
| | (c) **Intereses** | (44) | 00 |
| | (d) **Recargos** ______ **y Penalidades** ______ | (45) | 00 |
| 20. | **BALANCE PENDIENTE DE PAGO** (Línea 18 menos líneas 19(a) y 19(b)) | (46) | 00 |
| 21. | **CANTIDAD A REINTEGRAR** (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) | (50) | 508 00 |

## Encasillado 5

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ⬭ Cheques ⬭ Ahorros

Número de ruta/tránsito: ______ Número de su cuenta: ______

Cuenta a nombre de ______ y ______

(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
1103 Colecturía Vega Baja
RECIBIDO
APR 15 2008
SIN PAGO
08 1283

## JURAMENTO

**Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.**

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ Robinson Quiñones | 15 Abr 08 | X [signature] | |

| 04 Nombre del Especialista (Letra de Molde) | Nombre de la Firma o Negocio |
|---|---|
| | |

| Dirección | Número de Registro | Número de Identificación Patronal |
|---|---|---|
| | | |
| Código Postal | Especialista por cuenta propia (ennegrezca aquí) ⬭ | Firma del Especialista / Fecha |

**NOTA AL CONTRIBUYENTE**

Indique si hizo pagos por la preparación de su planilla: ⬬ Sí ⬬ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años